432 A.2d 258

Commonwealth v. Holcomb, Appellant.

Petition for Allowance of Appeal Denied July 10, 1981.

Submitted March 21, 1980. George E. Lepley, Jr., Assistant Public Defender, for appellant; William S. Kieser, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Order affirmed.